UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, and those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-14-1503 EMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER, AND DENYING PLAINTIFF'S MOTION TO JOIN DEFENDANTS**<br><br>**(Docket Nos. 5-6)** |

Plaintiff's request for a temporary restraining order is **DENIED**. Plaintiff has made no showing of a significant risk of irreparable harm. *See Los Angeles Memorial Coliseum Comm'n v. Nat'l Football League*, 634 F.2d 1197 (9th Cir. 1980) ("It is well established . . . that . . . monetary injury is not normally considered irreparable."); *see also Colorado River Indian Tribes v. Town of Parker*, 776 F.2d 846, 850-51 (9th Cir. 1985) ("[P]urely monetary injury is compensable, and thus not irreparable.").

Plaintiff motion to join defendants is **DENIED**. To the extent Plaintiff wishes to add new defendants and claims to this lawsuit, the proper vehicle is to file an amended complaint pursuant to Federal Rule of Civil Procedure 15. *See Desert Empire Bank v. Ins. Co. of N. Am.*, 623 F.2d 1371,

///
///
///
///

1374 (9th Cir. 1980) (noting that Fed. R. Civ. P. 20 and Fed. R. Civ. P. 15 work in conjunction with one another).

       This order disposes of Docket Nos. 5 and 6.

       IT IS SO ORDERED.

Dated: April 15, 2014

                                              EDWARD M. CHEN
                                              United States District Judge