UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, and those similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>              Defendants.<br>_____/ | No. C-14-1503 EMC<br><br>**ORDER DENYING PLAINTIFF'S SECOND AND THIRD REQUEST FOR A TEMPORARY RESTRAINING ORDER**<br><br>**(Docket Nos. 12-13)** |

Plaintiff has filed a second and third request for a temporary restraining order. While Plaintiff generally complains about one of his vehicles being towed, the temporary restraining order seeks the "immediate cessation of any and all tows within San Francisco." Dkt. No. 13, at 1. Additionally he states that he seeks a "Temporary Restraining Order and Preliminary Injunction barring Defendants and any of their agents from violating Plaintiff's (or 850,000 other San Franciscans') 1st, 5th, and 14th Amendment Rights." *Id.* at 5.

The standard for issuing a temporary restraining order is essentially the same as that for issuing a preliminary injunction. *See Beaty v. Brewer,* 649 F.3d 1071, 1072 (9th Cir.2011). The moving party must demonstrate: (1) the moving party's likely success on the merits; (2) likely irreparable harm to the moving party in the absence of relief; (3) the balance of equity tips in the moving party's favor; and (4) that the injunction is in the public interest. *Id.* (citing *Winter v. Natural Res. Def. Council, Inc.,* 555 U.S. 7, 20, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008)). The moving party bears the burden of persuasion, and must make a clear showing. *Winter,* 555 U.S. at 22.

Plaintiff fails to make the requisite clear showing.  Specifically, Plaintiff has failed to demonstrate a likelihood of success on the merits.  Plaintiff alleges that Defendants have violated the Constitution by engaging in "racketeering schemes" revolving around allegedly illegal automobile citations and the subsequent towing and storage of vehicles.  *See generally* Dkt No. 1-1.  These allegations are materially similar (and in places identical) to claims this Court has previously rejected.  *See Missud v. California*, No. C-12-5468 EMC, 2013 WL 450391 (N.D. Cal. Feb. 5, 2013), *aff'd* 538 F. App'x 809 (9th Cir. 2013).

Plaintiff's second and third request for a temporary restraining order is **DENIED**.

IT IS SO ORDERED.

Dated:  April 22, 2014

_____
EDWARD M. CHEN
United States District Judge

2