UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-14-1503 EMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER**<br><br>**(Docket No. 29)** |

        On May 29, 2014, Mr. Missud filed a request for a temporary restraining order, seeking to have this Court issued an order enjoining "SFTC, Cynthia Lee, Gail Dekreon, and any and all other judge$ . . . from issuing any self-serving orders which $uppre$$ evidence of their financial predation of the public." Dkt. No. 29, at 6. While not entirely clear, it appears that Mr. Missud seeks to prevent the San Francisco Traffic Court from issuing an "Emergency Protective Order."

        The request is **DENIED**. First, the request for a temporary restraining order fails to comply with the procedure set forth in this Court's order prohibiting Mr. Missud from filing additional requests for a temporary restraining order without prior approval of this Court. Dkt. No. 28. Second, Mr. Missud has failed to demonstrate that he was, or is, subject to an imminent risk fo irreparable harm. Specifically, while the request states that two San Francisco Police Department Officers indicated that an "Emergency Protective Order" was in the pipeline, there is no indication that such an order in fact issued or any description of what it would have required (or prohibited) of Mr. Missud. Accordingly, Mr. Missud has failed to allege specific facts showing that there is a risk of immediate and irreparable harm absent the issuance of the TRO.

1  Mr. Missud's request for a temporary restraining order is **DENIED**.

3  IT IS SO ORDERED.

5  Dated: June 12, 2014

                                                                _____
                                                                EDWARD M. CHEN
                                                                United States District Judge

2