UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>        Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-14-1503 EMC<br><br>**ORDER DENYING MR. MISSUD'S MOTION FOR RECONSIDERATION**<br><br>**(Docket No. 56)** |

        On July 8, 2014, this Court dismissed Mr. Missud's § 1983 cause of action with prejudice and remanded his remaining state law causes of action to California state court. On July 28, 2014, Mr. Missud filed a motion for reconsideration of this dismissal along with an application for a temporary restraining order (one of several filed in this action).

        While Mr. Missud's motion is far from clear, he appears to argue that the Court erred in dismissing his § 1983 cause of action on res judicata grounds because only "2 of the 13 RICO $cheme$ plead to heightened standards in this instant 1503 were also detailed in former [case no. 12-cv-]5468." Docket No. 56, at 4. Mr. Missud's complaint in this action stated: "In general, all of these Defendants participate in a number of racketeering schemes to defraud the unsuspecting public. Thirteen have been identified, only a few of which follow." Docket No. 1-1, at 13. What followed were factual allegations pertaining to issues this Court had adjudicated in Case No. 12-cv-5468. Mr. Missud failed to allege any facts in support of any "racketeering schemes" that were not addressed, and rejected, by this Court in case No. 12-cv-5468.

For the foregoing reasons, Mr. Missud's motion for reconsideration and application for a temporary restraining order are **DENIED**. This case is closed. This is without prejudice to any appellate rights Mr. Missud may have. The Clerk of the Court is hereby **ORDERED** to not accept any further filings in this closed action except for any notice of appeal. In addition, any new complaints filed by Mr. Missud remain subject to pre-filing review. *See Missud v. Nat'l Rifle Ass'n, et al.*, No. 3:13-mc-80263-WHA (N.D. Cal. Dec. 2, 2013).

IT IS SO ORDERED.

Dated: July 30, 2014

_____
EDWARD M. CHEN
United States District Judge